No. 686. FEDERAL LIQUIDATING CORP. *v.* SECURITIES & EXCHANGE COMMISSION; and

No. 687. EDELSTEIN ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Theodore N. Johnsen* for petitioner in No. 686. *Frank Weinstein* for petitioners in No. 687. *Solicitor General Perlman, John F. Davis, Roger S. Foster* and *Ellwood L. Englander* for respondent.

No. 689. DONADUCY *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *S. Y. Rossiter* for petitioner.

No. 690. MARACHOWSKY *v.* DEVINE, TRUSTEE. C. A. 7th Cir. Certiorari denied. *David A. Canel* for petitioner. *Ross Bennett* for respondent.

No. 691. SAUCIER *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *C. Ellis Ott* and *Eugene Sherrod, Jr.* for petitioner. *Price Daniel*, Attorney General of Texas, and *Calvin B. Garwood, Jr.*, Assistant Attorney General, for respondent.

No. 693. KANTZ, ADMINISTRATRIX, ET AL. *v.* FUGATE & GIRTON DRIVEWAY CO., INC. C. A. 6th Cir. Certiorari denied. *Jacob Rassner* for petitioners. *William H. Selva* for respondent.

No. 694. HENRY, TRUSTEE IN BANKRUPTCY, *v.* HOLLANDER ET AL. C. A. 2d Cir. Certiorari denied. *Allen Murray Myers* for petitioner. *Hyman N. Glickstein* for respondents.